# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF VIRGINIA
# <u>ROANOKE DIVISION</u>

```
------------------------------X
VISA COMMODITIES AG,               :    Civil Action No.: 7:22-cv-00302-EKD
                  Petitioner,      :
       against                     :

BLUESTONE COAL SALES CORPORATION,  :
                  Respondent.      :
------------------------------X
```

## ORDER RECOGNIZING AND ENFORCING ARBITRATION AWARD

WHEREAS, Plaintiff filed a Petition to Recognize and Enforce Arbitration Award on June 13, 2022; and

WHEREAS, the Petition was accompanied by a Final Award and Declaration in Support thereof; and

WHEREAS, this Court has jurisdiction over Respondent because Respondent is listed as having its principal place of business in Roanoke, Virginia; and

WHEREAS, this Court has subject matter jurisdiction over this action pursuant to 9 § U.S.C. 203 because it is an action seeking recognition and enforcement of a foreign arbitral award under the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, 9 § U.S.C. 201, et seq. ("the New York Convention"); and

WHEREAS, in addition, this Court has subject matter jurisdiction pursuant to 28 § U.S.C. 1332(a)(2) because the parties are of diverse citizenship and the amount in controversy exceeds $75,000.00; and

WHEREAS, Defendant filed an answer on July 18, 2022   (Dkt. No. 9); and

WHEREAS, a Status Conference was held on September 19, 2022, by telephone conference; and

WHEREAS, it is undisputed that none of the defenses under the New York Convention to recognition and enforcement of the Final Award apply in this matter;

NOW, THEREFORE, this 1st of November, 2022, IT IS HEREBY ORDERED that

(1) The Docket should reflect that Plaintiff's Petition (Dkt. No. 1) is GRANTED; and

(2) Plaintiff shall forthwith submit a form of order for the final judgment.

Entered: November 1, 2022.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge